| CRIMINAL COMPLAINT | | |
|---|---|---|
| **United States District Court** | | DISTRICT of ARIZONA |
| **United States of America** v. **Carmen Luisa Mayorca-De Merrell** DOB: 1974; Venezuela | | DOCKET NO. |
| | | MAGISTRATE'S CASE NO. 19-00921MJ |
| Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii);1325; 18 USC § 3 | | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about November 2, 2019, at or near Amado, in the District of Arizona, **Carmen Luisa Mayorca-De Merrell**, knowing or in reckless disregard that certain alien, namely Daniel Ramirez-Ruiz, had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii)**.

**COUNT 2 (Misdemeanor)** On or about November 2, 2019, at or near Amado, in the District of Arizona, **Carmen Luisa Mayorca-De Merrell**, knowing that certain illegal alien, Daniel Ramirez-Ruiz, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist Daniel Ramirez-Ruiz so that he would not be apprehended by law enforcement by transporting him in the vehicle that **Carmen Luisa Mayorca-De Merrell** was driving; in violation of **Title 8, United States Code, Section 1325(a)(1)** and **Title 18 United States Code, Section 3**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about November 2, 2019, at or near Amado, in the District of Arizona, United States Border Patrol Agents (BPA) observed a suspected illegal alien come out of hiding near some brush and get into a white Toyota Prius. The Prius pulled over in an area not designated for parking which it was located just north of the I-19 immigration checkpoint. BPA conducted a vehicle stop and identified the driver as **Carmen Luisa Mayorca-De Merrell**. BPA determined that the only passenger encountered was in the United States illegally.

Material witness Daniel Ramirez-Ruiz stated that he did not pay a smuggler for him to be smuggled into the United States. Ramirez stated that he crossed the International Boundary Fence by himself and intended to be smuggled to Oklahoma. Ramirez stated that he gave his girlfriend instructions on where to pick him up in Amado and that she knew that he was illegally present in the U.S.

In a post-*Miranda* statement, **Mayorca** stated that she travel from Oklahoma to pick up Ramirez. She stated that she met Ramirez online approximately one year and a half. She stated that they had made plans to get married and have him move to Oklahoma with her. **Mayorca** stated that she arrived at the pickup location and Ramirez was not there. She stated that Ramirez called her and instructed her to drive up the street. She drove up the street until Ramirez told her to stop and then he came out of the brushes and walked at a fast pace to her car. **Mayorca** stated that the thought of him being and illegal alien crossed her mint at that time. **Mayorca** claimed that she did not know Ramirez was an illegal alien and she was not offered any money.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Daniel Ramirez-Ruiz

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/rj | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL TITLE & NAME: Border Patrol Agent |

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE November 4, 2019 |
|---|---|

1) See Federal rules of Criminal Procedure Rules 3 and 54