## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America**<br><br>    v.<br><br>**Carmen Luisa Mayorca-De Merrell** | *PETTY*<br>**JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>No.  19-00921MJ-001-TUC-LCK<br><br>Jordan Perry Malka (FPD)<br>Attorney for Defendant |

USM#: 28133-508

**THE DEFENDANT ENTERED A PLEA OF** guilty on 11/13/2019 to Count 2 of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, U.S.C. §1325(a)(1) and Title 18, U.S.C. §3, Accessory After the Fact to Enter the United States at an Improper Time or Place, a Petty offense, as charged in Count 2 of the Complaint.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is committed to the custody of the Bureau of Prisons for a term of **THIRTY (30) DAYS**, with credit for time served.

**IT IS ORDERED** Count One is dismissed on motion of the United States.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** REMITTED          **FINE:** WAIVED     **RESTITUTION:** N/A

On motion of the Government, the special assessment is REMITTED.

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

The Court orders commitment to the custody of the Bureau of Prisons and recommends that the defendant be placed in an institution in Southern Arizona.

//

Case 4:19-mj-00921-LCK   Document 16   Filed 11/13/19   Page 2 of 2

19-00921MJ-001-TUC-LCK                                                                                   Page 2 of 2
USA vs. Carmen Luisa Mayorca-De Merrell

The defendant is remanded to the custody of the United States Marshal.

Date of Imposition of Sentence: **Wednesday, November 13, 2019**

 Dated this 13th day of November, 2019.

                 _____
                 Honorable Lynnette C. Kimmins
                 United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:

defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons with a certified copy of this judgment in a Criminal case.

United States Marshal             By:    Deputy Marshal

19-00921MJ-001-TUC-LCK- Mayorca-De Merrell  11/13/2019 - 3:30 PM